```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

WILLIAM BRANDON CUMMINGS : CIVIL ACTION
:
v. :
:
DONALD BEERE, et al. : NO. 09-cv-0350-JF

ORDER

AND NOW, this 19th day of January 2010, upon consideration of Plaintiff's "Declaration in Support of Motion to Proceed In Forma Pauperis" and "Motion to Have Writ of Prohibition Petition Served," IT IS ORDERED:

1. That Plaintiff's motion to proceed *in forma pauperis* is GRANTED and the Clerk of Court is directed to assess the filing fee in accordance with the Court's Order of March 5, 2009.

2. That the Clerk of Court is directed to amend the docket to reflect that Defendant Donald Beere's surname is spelled "Beese."

2. That the case is DISMISSED as frivolous.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.